**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| John W. Conn,<br><br>    Plaintiff,<br><br> v.<br><br>Equifax Credit Reporting,<br><br>    Defendant. | Case No. 2:22-cv-00498-GMN-BNW<br><br>**ORDER** |

  **IT IS ORDERED** that the Clerk of Court is directed to issue a summons for Defendant using the address Plaintiff provided on the filed USM-285 form at ECF No. 16.

  **IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summons, the filed USM-285 form (ECF No. 16), and the operative complaint (ECF No. 14) on the U.S. Marshals Service.

  **IT IS FURTHER ORDERED** that the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant.

DATED: September 14, 2022.

                    _____
                    BRENDA WEKSLER
                    UNITED STATES MAGISTRATE JUDGE