SEYFARTH SHAW LLP
Jennifer R. (Bergh) Brooks (State Bar No. 14480)
700 Milam St., Suite 1400
Houston, TX 77002-2812
Telephone: (713) 238-1854
Email: jrbrooks@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN W. CONN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX CREDIT REPORTING,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00498-GMN-BNW<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

　　　　Defendant Equifax Information Services LLC, incorrectly identified as Equifax Credit Reporting ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 21, 2022 through and including December 5, 2022. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

SEYFARTH SHAW LLP
Attorneys at Law
Atlanta

STIPULATION OF EXTENSION OF TIME
FOR DEFENDANT EQUIFAX TO FILE
ANSWER
87672423v.1

| | | |
|---|---|---|
| Dated: October 20, 2022 | | Respectfully submitted, |
| | | SEYFARTH SHAW LLP |
| | | By: */s/ Jennifer Brooks* |
| | | Jennifer R. (Bergh) Brooks, Bar No. 14480 |
| | | SEYFARTH SHAW LLP |
| | | 700 Milam St., Suite 1400 |
| | | Houston, TX 77002-2812 |
| | | Telephone: (713) 238-1854 |
| | | Email: jrbrooks@seyfarth.com |
| | | *Counsel for Defendant* |
| | | *Equifax Information Services LLC incorrectly identified as Equifax Credit Reporting* |
| Dated: October 20, 2022 | | Agreed & Consented to: |
| | | By: */s/ John W. Conn* |
| | | John W. Conn |
| | | 1901 North Jones Blvd. |
| | | Las Vegas, Nevada 89108 |
| | | Telephone: (725) 219-4208 |
| | | Email: konn_w@yahoo.com |
| | | *Plaintiff Pro Se* |
| | | John W. Conn |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 21, 2022

STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX TO FILE ANSWER

2

87672423v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2022, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been served via U.S. Mail with adequate postage thereon addressed as follows:

> John W. Conn *(plaintiff pro se)*
> 1901 North Jones Blvd.
> Las Vegas, Nevada  89108
> Email:  konn_w@yahoo.com

*/s/ Jennifer Brooks*
Jennifer Brooks
*Counsel for Defendant*
*Equifax Information Services LLC incorrectly identified as Equifax Credit Reporting*

CERTIFICATE OF SERVICE

87672423v.1